```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02530
   JAMES A STRAZZANTE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-9940


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/07 and confirmed on 04/20/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $    9880.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG      9441.96          .00         9441.96
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE      6649.88          .00           .00
HARRIS BANK CONSUMER LOA  SECURED VEHIC      2074.00          .00          140.00
FIA CARD SERVICES         UNSECURED          9490.56          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          8938.53          .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          7142.58          .00           .00
FEDERATED MACYS           UNSECURED          1153.67          .00           .00
BECKET & LEE LLP          UNSECURED          5416.05          .00           .00
XEROX FEDERAL CU          UNSECURED         NOT FILED         .00           .00
COVE LANDING BLDG #1 CON  SECURED               .00           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         NOT FILED         .00           .00
SPRINT NEXTEL             UNSECURED           956.76          .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 18165.84       .00     33098.15       .00       51263.99
PRINCIPAL PAID      9581.96       .00         .00        .00        9581.96
INTEREST PAID          .00        .00         .00        .00           .00
TOTAL PAID          9581.96       .00         .00        .00        9581.96
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $    1100.00  direct and $      .00  through the plan.

The Trustee received $     298.04 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```